DAVID JEROME WITHERSPOON
10 HILL STREET
SUITE 20Y
NEWARK, NJ  07102

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-30176

| Re: | APRIL M PAUL | Atty: | DAVID JEROME WITHERSPOON |
|---|---|---|---|
|  | 763 MR. PROSPECT AVE |  | 10 HILL STREET |
|  | NEWARK,  NJ  07104 |  | SUITE 20Y |
|  |  |  | NEWARK, NJ  07102 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,110.00**

### RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2018 | $290.00 | 240332 | 12/07/2018 | $290.00 | 240333 |
| 01/02/2019 | $290.00 | 240334 | 02/05/2019 | $290.00 | 240335 |
| 03/19/2019 | $290.00 | 240336 | 03/29/2019 | $290.00 | 240338 |
| 04/30/2019 | $290.00 | 240341 | 05/29/2019 | $290.00 | 240346 |
| 07/01/2019 | $290.00 | 874864 | 07/31/2019 | $290.00 | 240348 |
| 08/28/2019 | $290.00 | 240349 | 09/11/2019 | $290.00 | 240350 |
| 10/30/2019 | $290.00 | 26241081985 | 12/03/2019 | $290.00 | 26027351381 |
| 12/30/2019 | $290.00 | 307077 |  |  |  |

**Total Receipts: $4,350.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,350.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | 01/13/2020 | $113.38 | 841,823 |  |  |  |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 211.70 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 231.77 | * | 0.00 |  |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 |  |
| 0004 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 |  |
| 0005 | CITICARDS | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 4,902.54 | * | 0.00 |  |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 5,111.45 | * | 0.00 |  |
| 0008 | DISCOVER BANK | UNSECURED | 14,132.58 | * | 0.00 |  |
| 0009 | DISCOVER PERSONAL LOAN | UNSECURED | 9,104.02 | * | 0.00 |  |
| 0010 | DITECH | UNSECURED | 0.00 | * | 0.00 |  |
| 0011 | EMERGENCY MEDICAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 |  |
| 0012 | GREENSKY LLC | UNSECURED | 3,210.00 | * | 0.00 |  |

**Chapter 13 Case # 18-30176**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 4,642.70 | 100.00% | 0.00 | |
| 0014 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0015 | PHARMA SCRIPT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 3,419.64 | 100.00% | 113.38 | |
| 0017 | SUNTRUST BANK/GREENSKY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | UNIVERSITY HOSPITAL-RUTGERS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 13.37 | * | 0.00 | |
| 0022 | CAPITAL ONE BANK (USA) NA | UNSECURED | 399.98 | * | 0.00 | |

**Total Paid:  $4,075.08**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $4,350.00      -    Paid to Claims: $113.38     -    Admin Costs Paid: $3,961.70    =    Funds on Hand: $274.92

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.