Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−30176−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April M Paul
   763 Mr. Prospect Ave
   Newark, NJ 07104

Social Security No.:
   xxx−xx−4617

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*40* − Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $650, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/29/2020. (Attachments: # 1 Application # 2 Proposed Order # 3 Certificate of Service) (Witherspoon, David)

*41* − Objection to Debtor(s) Attorney's Application for Compensation (related document:40 Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $650, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/29/2020. (Attachments: # 1 Application # 2 Proposed Order # 3 Certificate of Service) filed by Debtor April M Paul) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/27/20

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court