| | |
|---|---|
| David Witherspoon, Esq.<br>Attorney At Law<br>10 Hill Street- Suite 20Y<br>Newark, NJ 07102<br>973-991-0736 | US Bankruptcy Court |

In Re   April Paul                                               }
                                                                             18-30176
                                                                         }
_____

Attorney withdrawal of document

As Attorney of Record, I am familiar with the facts of this and prior cases:

1. I am withdrawing the "Application for Compensation" filed on:

    docket #40 filed on 1/22/20.


<u>/s/David Witherspoon</u>          February 20, 2020

David Witherspoon