David Witherspoon, Esq.  US Bankruptcy Court
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

In Re   April Paul                                              }
                                                                         18-30176
                                                                }
_____

Attorney withdrawal of document

As Attorney of Record, I am familiar with the facts of this and prior cases:

1. I am withdrawing the "Application for Compensation" filed on:

   docket #46 filed on 2/20/20.


/s/David Witherspoon          February 20, 2020

David Witherspoon