Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30176−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April M Paul
   763 Mr. Prospect Ave
   Newark, NJ 07104

Social Security No.:
   xxx−xx−4617

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/20 at 10:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: 763 Mount Prospect Avenue, Newark, NJ, 07104. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing, LLC, 44 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/6/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Creditors Certificate # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*53* − Objection to creditors certification of default (related document:52 Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: 763 Mount Prospect Avenue, Newark, NJ, 07104. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing, LLC, 44 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/6/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Creditors Certificate # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David Jerome Witherspoon on behalf of April M Paul. (Witherspoon, David)

Dated: 6/22/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court