Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 18−30176−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
April M Paul  
763 Mr. Prospect Ave  
Newark, NJ 07104

Social Security No.:  
xxx−xx−4617

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/20 at 10:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: 763 Mount Prospect Avenue, Newark, NJ, 07104. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing, LLC, 44 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/6/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Creditors Certificate # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*53* − Objection to creditors certification of default (related document:52 Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: 763 Mount Prospect Avenue, Newark, NJ, 07104. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing, LLC, 44 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/6/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Creditors Certificate # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David Jerome Witherspoon on behalf of April M Paul. (Witherspoon, David)

Dated: 6/22/20

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-30176-SLM
April M Paul                                                        Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 1         Date Rcvd: Jun 22, 2020
                               Form ID: ntchrgbk           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db             +April M Paul,    763 Mr. Prospect Ave,    Newark, NJ 07104-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              David Jerome Witherspoon    on behalf of Debtor April M Paul daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```