**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

APRIL M PAUL

Case No.:  18-30176

Adv. No.:

Hearing Date:  09/23/2020

Judge:  SLM

## CERTIFICATION OF SERVICE

1.  I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 08/17/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
APRIL M PAUL
763 MR. PROSPECT AVE
NEWARK, NJ  07104
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DAVID JEROME WITHERSPOON
10 HILL STREET
SUITE 20Y
NEWARK, NJ  07102
Mode of Service:  Regular Mail

Dated:  August 17, 2020

By:   /S/  Jessica Antoine
　　　Jessica Antoine