**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    APRIL M PAUL

**Order Filed on September 24, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**Case No.:  18-30176 SLM**

**Hearing Date:  9/23/2020**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 24, 2020**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  APRIL M PAUL

Case No.:  18-30176

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/23/2020 on notice to DAVID JEROME

WITHERSPOON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $316.00

  starting on 10/1/2020 for the remaining 23 month(s); and it is further

- ORDERED, that Plan total shall increase accordingly.