Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.: 18−30176−SLM
              Chapter: 13
              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April M Paul
   763 Mr. Prospect Ave
   Newark, NJ 07104

Social Security No.:
   xxx−xx−4617

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       10/20/20
Time:      02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David Witherspoon
Counsel for debtor

COMMISSION OR FEES
$1,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 23, 2020
JAN: env

                                                           Jeanne Naughton
                                                           Clerk

Case 18-30176-SLM    Doc 67    Filed 09/25/20    Entered 09/26/20 00:24:13    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 18-30176-SLM
April M Paul                                                            Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Sep 23, 2020
                              Form ID: 137                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db             +April M Paul,   763 Mr. Prospect Ave,   Newark, NJ 07104-3220
517841529       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
517805330      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
517805332      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
517805333      +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517805338      +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
517805339       Emergency Medical associates,   PO Box 6231,   Parsippany, NJ 07054-7231
517805340       Greensky,   PO Box 71215,   Charlotte, NC 28272-1215
517834746       Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
517805342      +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
517805343      +Pharma Script,   81 Glendale Ave,   Edison, NJ 08817-5279
517911768      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517805344      +Specialized Loan Servicing/SLS,   Attn:  Bankruptcy Dept,   8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517805345      +Suntrust Bank/GreenSky,   Attn: Bankruptcy,   Po Box 29429,   Atlanta, GA 30359-0429
517805346      +University Hospital-Rutgers,   150 Bergen St,   attn: billing,   Newark, NJ 07103-2406
517805347       Wakefield & Associates,   PO Box 59003,   Knoxville, TN 37950-9003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2020 00:44:13    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2020 00:44:11    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517805329      +E-mail/Text: ally@ebn.phinsolutions.com Sep 24 2020 00:43:15    Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
517805331      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2020 00:48:06     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517900890       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2020 00:48:41     Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC  28272-1083
517805334      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 24 2020 00:43:55    Comenitybank/trwrdsv,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
517805335      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 24 2020 00:43:55    Comenitycapital/bjsclb,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
517816986       E-mail/Text: mrdiscen@discover.com Sep 24 2020 00:43:22    Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517805336      +E-mail/Text: mrdiscen@discover.com Sep 24 2020 00:43:22    Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517805337      +E-mail/Text: dplbk@discover.com Sep 24 2020 00:44:24    Discover Personal Loan,
                 Attn: Bankruptcy,   Po Box 30954,   Salt Lake City, UT 84130-0954
517854240      +E-mail/Text: dplbk@discover.com Sep 24 2020 00:44:24    Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
517805341       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 24 2020 00:43:40    Internal Revenue Serivce,
                 PO Box 724,   Springfield, NJ 07081-0724
517917315       E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2020 00:44:06
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517917313       E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2020 00:44:06
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517909526*     +Greensky, LLC,   PO Box 71215,   Charlotte, NC 28272-1215
517834028*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2           User: admin                Page 2 of 2                   Date Rcvd: Sep 23, 2020
                               Form ID: 137               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
          David Jerome Witherspoon    on behalf of Debtor April M Paul daveslaw321@gmail.com,
           prissycatina@yahoo.com
          Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```