| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 24, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    APRIL M PAUL | Case No.:  18-30176 SLM<br><br>Hearing Date:  9/23/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 24, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): APRIL M PAUL

Case No.: 18-30176

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 09/23/2020 on notice to DAVID JEROME WITHERSPOON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $316.00 starting on 10/1/2020 for the remaining 23 month(s); and it is further

- ORDERED, that Plan total shall increase accordingly.

United States Bankruptcy Court
District of New Jersey

In re:  
April M Paul  
    Debtor

Case No. 18-30176-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 1                  Date Rcvd: Sep 24, 2020
                              Form ID: pdf903                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
db          +April M Paul,   763 Mr. Prospect Ave,   Newark, NJ 07104-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

    David Jerome Witherspoon    on behalf of Debtor April M Paul daveslaw321@gmail.com, prissycatina@yahoo.com  
    Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin Gordon McDonald    on behalf of Creditor   Specialized Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                              TOTAL: 5