| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re:<br><br>APRIL M PAUL<br>       DEBTOR | Case No.:   18-30176<br><br>Chapter:   13<br><br>Judge:   Meisel, Stacey L. |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

                                                      Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

        Old address:    Specialized Loan Servicing LLC

                                8742 Lucent Blvd, Suite 300

                                Highlands Ranch, CO 80129

        New address:    Specialized Loan Servicing LLC

                                6200 S. Quebec Street

                                Greenwood Village, CO 80111

        New phone no.:n/a
        (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   10/27/2020                                  /s/ Natalie Lea as Authorized Agent for Creditor
                                                              Signature

*rev.2/1/16*

5122-N-4852