DAVID JEROME WITHERSPOON
10 HILL STREET
SUITE 20Y
NEWARK, NJ 07102


Re: APRIL M PAUL                                              Atty: DAVID JEROME WITHERSPOON
763 MR. PROSPECT AVE                                                10 HILL STREET
NEWARK, NJ 07104                                                    SUITE 20Y
                                                                    NEWARK, NJ 07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 18-30176

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $15,254.00**

## RECEIPTS AS OF 01/15/2021      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2018 | $290.00 | 240332 | 12/07/2018 | $290.00 | 240333 |
| 01/02/2019 | $290.00 | 240334 | 02/05/2019 | $290.00 | 240335 |
| 03/19/2019 | $290.00 | 240336 | 03/29/2019 | $290.00 | 240338 |
| 04/30/2019 | $290.00 | 240341 | 05/29/2019 | $290.00 | 240346 |
| 07/01/2019 | $290.00 | 874864 | 07/31/2019 | $290.00 | 240348 |
| 08/28/2019 | $290.00 | 240349 | 09/11/2019 | $290.00 | 240350 |
| 10/30/2019 | $290.00 | 26241081985 | 12/03/2019 | $290.00 | 26027351381 |
| 12/30/2019 | $290.00 | 307077 | 01/27/2020 | $290.00 | 307527 |
| 02/05/2020 | $290.00 | 307526 | 03/12/2020 | $290.00 | 307531 |
| 04/28/2020 | $310.00 | 26431433583 | 04/28/2020 | $290.00 | 307530 |
| 07/02/2020 | $300.00 | 26577120958 | 08/03/2020 | $300.00 | 26577120947 |
| 08/18/2020 | $300.00 | 267507133882 | 09/02/2020 | $300.00 | 26750723747 |
| 09/29/2020 | $300.00 | 26750723736 | 10/02/2020 | $58.00 | 26750729924 |
| 10/30/2020 | $316.00 | 26750744910 | 11/16/2020 | $42.00 | 26750751805 |
| 11/16/2020 | $316.00 | 26750744908 | 12/04/2020 | $358.00 | 26750751816 |
| 12/22/2020 | $360.00 | 26750783013 | | | |

**Total Receipts: $8,770.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,770.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 01/13/2020 | $113.38 | 841,823 | 03/16/2020 | $365.98 | 845,628 |
| | 03/16/2020 | $58.78 | 845,628 | 04/20/2020 | $236.88 | 847,586 |
| | 04/20/2020 | $38.04 | 847,586 | 05/18/2020 | $465.27 | 849,394 |
| | 05/18/2020 | $74.73 | 849,394 | 07/20/2020 | $210.71 | 852,938 |
| | 07/20/2020 | $66.79 | 852,938 | 09/21/2020 | $632.13 | 856,636 |
| | 09/21/2020 | $200.37 | 856,636 | 12/21/2020 | $216.97 | 861,346 |
| | 12/21/2020 | $68.78 | 861,346 | 01/11/2021 | $252.85 | 863,150 |
| | 01/11/2021 | $80.15 | 863,150 | | | |

**Chapter 13 Case # 18-30176**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 538.19 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,150.00 | 100.00% | 5,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 231.77 | * | 0.00 | |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITICARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 4,902.54 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 5,111.45 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 14,132.58 | * | 0.00 | |
| 0009 | DISCOVER PERSONAL LOAN | UNSECURED | 9,104.02 | * | 0.00 | |
| 0010 | DITECH | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | EMERGENCY MEDICAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | GREENSKY LLC | UNSECURED | 3,210.00 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 4,642.70 | 100.00% | 0.00 | |
| 0014 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0015 | PHARMA SCRIPT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 3,419.64 | 100.00% | 2,494.17 | |
| 0017 | SUNTRUST BANK/GREENSKY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | UNIVERSITY HOSPITAL-RUTGERS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 13.37 | * | 0.00 | |
| 0022 | CAPITAL ONE BANK (USA) NA | UNSECURED | 399.98 | * | 0.00 | |
| 0023 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 881.00 | 100.00% | 587.64 | |

**Total Paid:  $8,770.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $8,770.00     -     Paid to Claims: $3,081.81     -     Admin Costs Paid: $5,688.19     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.