**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| APRIL M PAUL, | Case No.: 18-30176 SLM |
| Debtor | |

### NOTICE OF RESERVE ON CLAIM

Creditor:             GREENSKY LLC
Trustee Claim #:      12
Court Claim #:        7
Claimed Amount:       $3,210.00
Date Claim Filed:     12/06/2018

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: May 04, 2022

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

APRIL M PAUL
763 MR. PROSPECT AVE
NEWARK, NJ    07104

DAVID JEROME WITHERSPOON
LAW OFFICE OF DAVID WITHERSPOON
502 BAY BLVD.
SEASIDE HEIGHTS, NJ    08751

GREENSKY LLC
PO BOX 71215
CHARLOTTE, NC    28272