Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−30176−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April M Paul
   763 Mr. Prospect Ave
   Newark, NJ 07104

Social Security No.:
   xxx−xx−4617

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 3, 2022.

Dated: August 3, 2022
JAN: ntp

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
April M Paul  
    Debtor

Case No. 18-30176-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 03, 2022      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April M Paul, 763 Mr. Prospect Ave, Newark, NJ 07104-3220 |
| 517805338 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 517805339 | | Emergency Medical associates, PO Box 6231, Parsippany, NJ 07054-7231 |
| 517805340 | | Greensky, PO Box 71215, Charlotte, NC 28272-1215 |
| 517805343 | + | Pharma Script, 81 Glendale Ave, Edison, NJ 08817-5279 |
| 517805345 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 517805346 | + | University Hospital-Rutgers, 150 Bergen St, attn: billing, Newark, NJ 07103-2406 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517805329 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2022 20:40:32 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 517841529 | | Email/PDF: bncnotices@becket-lee.com | Aug 03 2022 20:48:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517805330 | + | Email/PDF: bncnotices@becket-lee.com | Aug 03 2022 20:48:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517805331 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2022 20:48:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517900890 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2022 20:48:43 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517805332 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:47 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517805333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:47 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517805334 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2022 20:41:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517805335 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2022 20:41:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517816986 | | Email/Text: mrdiscen@discover.com | Aug 03 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517805336 | + | Email/Text: mrdiscen@discover.com | Aug 03 2022 20:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517805337 | + | Email/Text: dplbk@discover.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 03 2022 20:41:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 517854240 | + | Email/Text: dplbk@discover.com | Aug 03 2022 20:41:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517805341 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2022 20:41:00 | Internal Revenue Serivce, PO Box 724, Springfield, NJ 07081-0724 |
| 517834746 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 03 2022 20:41:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517805342 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 03 2022 20:41:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 517917315 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2022 20:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517917313 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2022 20:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517911768 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 03 2022 20:41:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517805344 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 03 2022 20:41:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517805347 | | Email/Text: bankruptcytn@wakeassoc.com | Aug 03 2022 20:40:00 | Wakefield & Associates, PO Box 59003, Knoxville, TN 37950-9003 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517909526 | *+ | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 517834028 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | on behalf of Debtor April M Paul daveslaw321@gmail.com prissycatina@yahoo.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 03, 2022 | Form ID: plncf13 | Total Noticed: 30 |

Denise E. Carlon
        on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
        on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
        on behalf of Creditor Specialized Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
        magecf@magtrustee.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6