Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 8, 2022

**Chapter 13 Case # 18-30176**

Re: APRIL M PAUL  
763 MR. PROSPECT AVE  
NEWARK, NJ  07104

Atty: DAVID JEROME WITHERSPOON  
LAW OFFICE OF DAVID WITHERSPOON  
502 BAY BLVD.  
SEASIDE HEIGHTS, NJ  08751

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,694.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2018 | $290.00 | 240332 | 12/07/2018 | $290.00 | 240333 |
| 01/02/2019 | $290.00 | 240334 | 02/05/2019 | $290.00 | 240335 |
| 03/19/2019 | $290.00 | 240336 | 03/29/2019 | $290.00 | 240338 |
| 04/30/2019 | $290.00 | 240341 | 05/29/2019 | $290.00 | 240346 |
| 07/01/2019 | $290.00 | 874864 | 07/31/2019 | $290.00 | 240348 |
| 08/28/2019 | $290.00 | 240349 | 09/11/2019 | $290.00 | 240350 |
| 10/30/2019 | $290.00 | 26241081985 | 12/03/2019 | $290.00 | 26027351381 |
| 12/30/2019 | $290.00 | 307077 | 01/27/2020 | $290.00 | 307527 |
| 02/05/2020 | $290.00 | 307526 | 03/12/2020 | $290.00 | 307531 |
| 04/28/2020 | $310.00 | 26431433583 | 04/28/2020 | $290.00 | 307530 |
| 07/02/2020 | $300.00 | 26577120958 | 08/03/2020 | $300.00 | 26577120947 |
| 08/18/2020 | $300.00 | 267507133882 | 09/02/2020 | $300.00 | 26750723747 |
| 09/29/2020 | $300.00 | 26750723736 | 10/02/2020 | $58.00 | 26750729924 |
| 10/30/2020 | $316.00 | 26750744910 | 11/16/2020 | $42.00 | 26750751805 |
| 11/16/2020 | $316.00 | 26750744908 | 12/04/2020 | $358.00 | 26750751816 |
| 12/22/2020 | $360.00 | 26750783013 | 01/28/2021 | $360.00 | 26750783024 |
| 02/23/2021 | $360.00 | 26750722994 | 03/05/2021 | $360.00 | 26750789010 |
| 04/07/2021 | $360.00 | 26750789008 | 05/06/2021 | $360.00 | 27400070496 |
| 05/26/2021 | $360.00 | 27400070485 | 06/04/2021 | $360.00 | 27400070507 |
| 07/01/2021 | $360.00 | 27487510874 | 08/03/2021 | $360.00 | 27487510852 |
| 09/03/2021 | $360.00 | 27487510841 | 09/21/2021 | $360.00 | 27487510863 |
| 11/16/2021 | $360.00 | 27582605504 | 12/09/2021 | $360.00 | 27582605526 |
| 12/13/2021 | $360.00 | 27487531113 | 02/01/2022 | $360.00 | 27582605515 |
| 02/04/2022 | $360.00 | 27582605493 | 03/04/2022 | $360.00 | 27656098525 |
| 03/28/2022 | $360.00 | 27656098536 | 04/12/2022 | $4.00 | 2001000 |
| 04/26/2022 | $360.00 | 28018776576 | 05/31/2022 | $360.00 | 28018776543 |
| 06/28/2022 | $360.00 | 28018776532 | 07/26/2022 | $360.00 | 28018776521 |

**Total Receipts: $16,694.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,694.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 962.99 | |
| ATTY | ATTORNEY | ADMIN | 5,150.00 | 100.00% | 5,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 231.77 | * | 0.00 | |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITICARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 4,902.54 | * | 32.78 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 5,111.45 | * | 34.17 | |
| 0008 | DISCOVER BANK | UNSECURED | 14,132.58 | * | 94.48 | |
| 0009 | DISCOVER PERSONAL LOAN | UNSECURED | 9,104.02 | * | 60.86 | |
| 0010 | DITECH | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | EMERGENCY MEDICAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 3,210.00 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 4,642.70 | 100.00% | 4,642.70 | |
| 0014 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0015 | PHARMA SCRIPT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 3,419.64 | 100.00% | 3,419.64 | |
| 0017 | SUNTRUST BANK/GREENSKY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | UNIVERSITY HOSPITAL-RUTGERS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 13.37 | * | 0.00 | |
| 0022 | CAPITAL ONE BANK (USA) NA | UNSECURED | 399.98 | * | 0.00 | |
| 0023 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 881.00 | 100.00% | 881.00 | |

**Total Paid: $15,278.62**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 04/18/2022 | $94.48 | 889386 | | | | |
| DISCOVER PERSONAL LOAN | | | | | | | |
| | 04/18/2022 | $60.86 | 889392 | | | | |
| GREENSKY LLC | | | | | | | |
| | 04/18/2022 | $21.46 | 888890 | | 05/04/2022 | ($21.46) | 888890 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/18/2022 | $32.78 | 8002787 | | 04/18/2022 | $34.17 | 8002787 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 01/13/2020 | $113.38 | 841823 | | 03/16/2020 | $365.98 | 845628 |
| | 03/16/2020 | $58.78 | 845628 | | 04/20/2020 | $38.04 | 847586 |
| | 04/20/2020 | $236.88 | 847586 | | 05/18/2020 | $465.27 | 849394 |
| | 05/18/2020 | $74.73 | 849394 | | 07/20/2020 | $66.79 | 852938 |
| | 07/20/2020 | $210.71 | 852938 | | 09/21/2020 | $632.13 | 856636 |
| | 09/21/2020 | $200.37 | 856636 | | 12/21/2020 | $68.78 | 861346 |
| | 12/21/2020 | $216.97 | 861346 | | 01/11/2021 | $252.85 | 863150 |
| | 01/11/2021 | $80.15 | 863150 | | 02/22/2021 | $80.15 | 864798 |
| | 02/22/2021 | $252.85 | 864798 | | 03/15/2021 | $252.85 | 866673 |
| | 03/15/2021 | $80.15 | 866673 | | 04/19/2021 | $80.15 | 868321 |
| | 04/19/2021 | $252.85 | 868321 | | 05/17/2021 | $166.92 | 870234 |
| | 05/17/2021 | $52.91 | 870234 | | | | |

**Chapter 13 Case # 18-30176**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 05/17/2021 | $113.17 | 8002272 | 06/21/2021 | $1,015.20 | 8002325 |
| | 07/19/2021 | $338.40 | 8002377 | 09/20/2021 | $676.80 | 8002474 |
| | 10/18/2021 | $338.40 | 8002522 | 12/13/2021 | $342.00 | 8002628 |
| | 01/10/2022 | $684.00 | 8002677 | 03/14/2022 | $684.00 | 8002783 |
| | 04/18/2022 | $450.73 | 8002837 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: August 08, 2022.

Receipts: $16,694.00     -     Paid to Claims: $9,165.63     -     Admin Costs Paid: $6,112.99     =     Funds on Hand: $1,415.38

Base Plan Amount: $16,694.00     -     Receipts: $16,694.00     =     Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.