**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | April M Paul<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4617<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–30176–SLM | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

April M Paul

9/2/22                                         **By the court:** Stacey L. Meisel
                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
April M Paul  
    Debtor

Case No. 18-30176-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 02, 2022      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April M Paul, 763 Mr. Prospect Ave, Newark, NJ 07104-3220 |
| 517805338 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 517805339 | | Emergency Medical associates, PO Box 6231, Parsippany, NJ 07054-7231 |
| 517805340 | | Greensky, PO Box 71215, Charlotte, NC 28272-1215 |
| 517805343 | + | Pharma Script, 81 Glendale Ave, Edison, NJ 08817-5279 |
| 517805345 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 517805346 | + | University Hospital-Rutgers, 150 Bergen St, attn: billing, Newark, NJ 07103-2406 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517805329 | + | EDI: GMACFS.COM | Sep 03 2022 00:28:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 517841529 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2022 20:29:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517805330 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2022 20:29:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517805331 | + | EDI: CAPITALONE.COM | Sep 03 2022 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517900890 | | EDI: CAPITALONE.COM | Sep 03 2022 00:28:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517805332 | + | EDI: CITICORP.COM | Sep 03 2022 00:28:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517805333 | + | EDI: CITICORP.COM | Sep 03 2022 00:28:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517805334 | + | EDI: WFNNB.COM | Sep 03 2022 00:28:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517805335 | + | EDI: WFNNB.COM | Sep 03 2022 00:28:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517816986 | | EDI: DISCOVER.COM | Sep 03 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517805336 | + | EDI: DISCOVER.COM | Sep 03 2022 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517805337 | + | EDI: DISCOVERPL | | |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 02, 2022 | Form ID: 3180W | Total Noticed: 32

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517854240 | + | EDI: DISCOVERPL | Sep 03 2022 00:28:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| | | | Sep 03 2022 00:28:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519684649 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 02 2022 20:32:00 | | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519684648 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 02 2022 20:32:00 | | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517805341 | | EDI: IRS.COM | Sep 03 2022 00:28:00 | Internal Revenue Serivce, PO Box 724, Springfield, NJ 07081-0724 |
| 517834746 | | Email/Text: NissanBKNotices@nationalbankruptcy.com Sep 02 2022 20:31:00 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517805342 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Sep 02 2022 20:31:00 | | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 517917315 | | EDI: Q3G.COM | Sep 03 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517917313 | | EDI: Q3G.COM | Sep 03 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517911768 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Sep 02 2022 20:31:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517805344 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Sep 02 2022 20:31:00 | | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517805347 | | Email/Text: bankruptcytn@wakeassoc.com Sep 02 2022 20:31:00 | | Wakefield & Associates, PO Box 59003, Knoxville, TN 37950-9003 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519681352 | *+ | GREENSKY, PO BOX 71215, CHARLOTTE, NC 28272-1215 |
| 517909526 | *+ | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 517834028 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2022            Signature:            /s/Gustava Winters

Case 18-30176-SLM    Doc 91    Filed 09/04/22    Entered 09/05/22 00:11:15    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 02, 2022 | Form ID: 3180W | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C. Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| David Jerome Witherspoon | on behalf of Debtor April M Paul daveslaw321@gmail.com prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Specialized Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8